# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>PENN FOSTER EDUCATION GROUP, INC.,<br><br>　　　　*Defendant*. | CIVIL ACTION<br>NO. 17-05816 |

## ORDER

**AND NOW**, this 3rd day of January, 2018, it is hereby **ORDERED** that this case shall be referred for compulsory arbitration pursuant to Local Rule of Civil Procedure 53.2.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.